**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TSAKOS INC. t/a HANOVER MANOR, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HANOVER INSURANCE GROUP, INC. and CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Civil Action No.: 2:20-cv-08889 (ES-CLW)<br><br>**STIPULATION PURSUANT TO F.R.C.P. 41 FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE HANOVER INSURANCE GROUP, INC. ONLY** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Tsakos Inc. t/a Hanover Manor on behalf of itself and all others similarly situated ("Plaintiff") and Defendants The Hanover Insurance Group, Inc. ("Hanover") and Citizens Insurance Company of America ("CICA") hereby agree and stipulate to the voluntary dismissal of Plaintiff's Complaint and all causes of action therein without prejudice as against Hanover only and without costs against any party.

By: /s/ Lindsey H. Taylor
 Lindsey H. Taylor, Esq.
 **CARELLA, BYRNE, CECCHI**
 **OLSTEIN, BRODY & ANGELO**
 5 Becker Farm Road
 Roseland, New Jersey 07068
 *Attorneys for Plaintiff,*
 *Tsakos Inc. t/a Hanover Manor,*
 *on behalf of itself and all others similarly*
 *situated*

Dated: November 17, 2020

By: /s/ Jonathan M. Zagha
 JONATHAN M. ZAGHA, ESQ.
 **FINAZZO COSSOLINI O'LEARY**
 **MEOLA & HAGER, LLC**
 67 East Park Place – Suite 901
 Morristown, New Jersey 07960
 *Attorneys for Defendants*
 *The Hanover Insurance Group, Inc. and*
 *Citizens Insurance Company of America*

Dated: November 17, 2020

**SO ORDERED:**

 *s/ Esther Salas*
 **HON. ESTHER SALAS, U.S.D.J.**
 **Dated: November 19, 2020**