Not for Publication

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **TSAKOS, INC. t/a HANOVER MANOR,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIZENS INSURANCE COMPANY OF AMERICA,**<br><br>Defendant. | Civil Action No.: 20-8889 (ES) (CLW)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is defendant Citizens Insurance Company of America's ("Defendant") motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (D.E. No. 16 ("Motion")). The Court having considered the parties' submissions and having decided the Motion without oral argument, *see* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b); and for the reasons set forth in the Court's accompanying Opinion;

**IT IS** on this 1st day of March 2022,

**ORDERED** that Defendant's Motion (D.E. No. 16) is GRANTED; and it is further

**ORDERED** that the Complaint (D.E. No. 1) is DISMISSED *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall CLOSE this matter.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**

1